**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X

MARTIN DAVIS,

        Plaintiff,

- against -

TOWN OF HEMPSTEAD, MERIK R. AARON, individually and as Deputy Town Attorney, JOHN and JANE DOES 1-10, VINCENT FERDICO, individually and in his official capacity, DAVID CHAUMONT, individually, and in his official capacity, ERIC NYMAN, individually and in his official capacity, JAMES MARTINO, PAUL GRESSIN, individually and as Hewlett Fire Commissioner, MARCO BENEDETTO and COUNTY OF NASSAU,

        Defendants.

---------------------------------------------------X

**JUDGMENT**

CV-97-4377 (TCP)

MARTIN DAVIS,

        Plaintiff,

- against -

TOWN OF HEMPSTEAD, MERIK AARON, individually and as Deputy Town Attorney, FRANK CATANZARO, individually and as Code Enforcement Officer, OTHER TOWN EMPLOYEES, (unknown at present) individually and in their official capacities and NASSAU COUNTY POLICE OFFICERS,

        Defendants.

---------------------------------------------------X

**JUDGMENT**

CV-99-4517 (TCP)

    An Amended Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on January 6, 2004, granting defendants' motions for summary judgment on the 1997 incidents, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that defendants' motions for summary judgment on the 1997 incidents are granted.

Dated: Long Island, New York
January 8, 2004

ROBERT C. HEINEMANN
CLERK OF THE COURT

By:   /s/ Ralph Branciforte
Deputy Clerk